IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHABRE NATHANIEL JOHNSON,

          Petitioner,

vs.

SCOTT R. FRAKES,

          Respondent.

8:22CV68

**ORDER**

    This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 25.) Upon careful consideration,

    IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing 25) is granted. The clerk's office is directed to update the court's records to reflect that Diane Sabatka-Rine is the sole proper respondent in this action.

    Dated this 31st day of October, 2022.

                                           BY THE COURT:

                                           *Richard G. Kopf*

                                           Richard G. Kopf
                                           Senior United States District Judge